Norberto F. Reyes, III (SBN 158569)
REYES LAW GROUP, APLC
3600 Wilshire Boulevard, Suite 820
Los Angeles, California 90010
Telephone: (213) 382-6600
FAX: (213) 382-2096

Proposed General Bankruptcy Counsel
For Debtor and Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| IN RE:<br><br>CREEK TRAIL, LLC,<br><br><br><br><br><br><br><br><br><br>DEBTOR and DEBTOR-IN-POSSESSION. | Case No.: 12-13969-MT<br><br>Chapter 11 Proceeding<br><br>DECLARATION OF KEVIN CREY VOLUNTARILY DISMISSING DEBTOR'S CHAPTER 11 CASE<br><br>DATE: 6/21/2012<br>TIME: 9:30 AM<br>CRTRM: 302 |

I KEVIN CREY, hereby declare as follows:

1. I am the authorized representative of Debtor, Creek Trail, LLC. The facts and circumstances below stated are of my own personal knowledge and based on information and belief, as well as based on records and documents available to me.

2. We caused the filing of the case for Debtor Creek Trail LLC to prevent foreclosure sale of one of the properties registered under the Debtor's name.

3. We were duly informed by our counsel of the extensive documentary requirements needed to be complied with in a Chapter 11 case;

4. Due to the nature of our work however, coupled with the overwhelming demands of complying with documentary requirements in the case, we were not able to timely submit the needed and required documentations, information and papers with our counsel.

5. In addition, I have been pre-occupied with attending to my mother who is in critical condition in New Mexico, and I had no sufficient time to make the compliance.

6. Moreover, we cannot open a Debtor in possession bank accounts for the Debtor since we failed to renew the registration of the LLC with the Secretary of State, and we have not been able to file tax returns for the LLC.

7. At present, we are in the process of updating the LLC'S registration and will be able to do so in a couple of weeks.

8. In the meantime, we respectfully inform the court of our intention to voluntarily dismiss the present Chapter 11 case, as we now request the dismissal of the present case as requested by the US Trustee.

9. We however request that the dismissal be without prejudice to our re-filing another chapter 11 case or any other applicable chapters under the bankruptcy code.

10. We undertake to pay the US Trustee Quarterly fees as soon as practicable.



Main Document    Page 3 of 5

I declare under penalty of perjury that the foregoing is true.

Executed this 19th day of June 2012 at LosAngeles, California.

Kevin Crey
Declarant

| In re: | CHAPTER: **11** |
|---|---|
| **Creek Trail, LLC** <br> Debtor(s). | CASE NUMBER: **1:12-bk-13969** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3600 Wilshire Blvd.**
**Suite 820**
**Los Angeles, CA 90010**

A true and correct copy of the foregoing document described as DECLARATION RE VOLUNTARY DISMISSAL will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 6/20/2012, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV)
kate.bunker@usdoj.gov

Norberto F Reyes on behalf of Debtor Creek Trail, LLC
bankruptcy@reyeslawgroup.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 6/20/12, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*U.S. Trustee*
**United States Trustee (SV)**
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

represented by **Katherine Bunker**
21051 Warner Center Lane Ste 115
Woodland Hills, CA 91367

Hon. Maureen Tighe
United States Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 324 / Courtroom 302
Woodland Hills, CA 91367

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                         **9013-3.1.PROOF.SERVICE**

| In re: | CHAPTER 11 |
|---|---|
| **Creek Trail, LLC** Debtor(s). | CASE NUMBER **1:12-bk-13969** |

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 20, 2012 | Elinor Cruz | /s/ **Elinor Cruz** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*   F 9013-3.1