**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
S. Margaux Ross, Bar No. 137152
Attorney for the United States Trustee
**OFFICE OF THE UNITED STATES TRUSTEE**
21051 Warner Center Lane, Suite 115
Woodland Hills, California 91367
Telephone: (818) 610-2364; Facsimile (818) 716-1576
Email: margaux.ross@usdoj.gov

FILED & ENTERED

JUL 02 2012

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY williams DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>**CREEK TRAIL, LLC,**<br><br>Debtor. | Case No. 1:12-bk-13969-MT<br><br>Chapter 11<br><br>ORDER DISMISSING CASE WITH:<br>1) JUDGMENT FOR QUARTERLY FEES<br>2) 180 DAY PROHIBITION FROM REFILING<br><br>Date: June 21, 2012<br>Time: 9:30 a.m.<br>Crtm: 302 |

The U.S. Trustee's Motion to Dismiss or Convert was held at the above-referenced time and place, with appearances as noted on the record. The Court having considered the motion, the entire record, and good cause appearing therefore:

    IT IS HEREBY ORDERED that this case is dismissed;

    IT IS FURTHER ORDERED that judgment with applicable interest is entered against the debtor and in favor of the United States Trustee in the amount of $325 for unpaid United States Trustee Quarterly Fees.

////

////

////

////

////

IT IS HEREBY FURTHER ORDERED that the debtor is prohibited from filing a new case in any bankruptcy chapter for a period of 180 days from the entry of the order dismissing this case.

# # #

DATED: July 2, 2012

_____
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **ORDER DISMISSING CASE WITH: 1) JUDGMENT FOR QUARTERLY FEES 2) 180 DAY PROHIBITION FROM REFILING** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of **July 2, 2012**, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

☒    Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

☒    Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐    Service information continued on attached page

**SERVICE LIST FOR ENTERED ORDER**

| **BY NOTICE OF ELECTRONIC FILING** | **SERVED BY U.S. MAIL** |
|---|---|
| Katherine Bunker    kate.bunker@usdoj.gov | Creek Trail, LLC |
| Norberto F Reyes    bankruptcy@reyeslawgroup.com | 579 N. Creek Trail |
| | Topanga, CA 90290 |